**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Teras Breakbulk Ocean Navigation Enterprises, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **FKA  Teras BBC Ocean Navigation Enterprises Houston, LLC** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **27-3409853** |

4. Debtor's address

Principal place of business

**5358 33rd Ave NW, Suite 104
Gig Harbor, WA 98335**
Number, Street, City, State & ZIP Code

**Pierce**
County

Mailing address, if different from principal place of business

P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

Number, Street, City, State & ZIP Code

5. Debtor's website (URL) _____

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor     **Teras Breakbulk Ocean Navigation Enterprises, LLC**          Case number (*if known*) _____

      Name

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | Relationship | |
|---|---|---|---|
| _____ | | _____ | |
| District | When | Case number, if known | |
| _____ | _____ | _____ | |

---

| Debtor | **Teras Breakbulk Ocean Navigation Enterprises, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**     .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

8/18/20  9:23AM

Debtor    **Teras Breakbulk Ocean Navigation Enterprises, LLC**                    Case number (*if known*) _____
          Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 18, 2020**
               MM / DD / YYYY

**X** **/s/ Timothy Lord**                                    **Timothy Lord**
      Signature of authorized representative of debtor          Printed name

Title    **General Counsel**

**18. Signature of attorney**

**X** **/s/ Richard L. Richards**                    Date  **August 18, 2020**
      Signature of attorney for debtor                      MM / DD / YYYY

**Richard L. Richards 9415**
Printed name

**RICHARDS LEGAL GROUP**
Firm name

**55 Miracle Mile, Suite 310**
**Miami, FL 33134**
Number, Street, City, State & ZIP Code

Contact phone   **(305) 448-2228**        Email address   **rrichards@richpa.net**

**9415 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Teras Breakbulk Ocean Navigation Enterprises, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■    *Schedule H: Codebtors* (Official Form 206H)
■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __August 18, 2020__    X **/s/ Timothy Lord**
                                          Signature of individual signing on behalf of debtor

                                          **Timothy Lord**
                                          Printed name

                                          **General Counsel**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **Teras Breakbulk Ocean Navigation Enterprises, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*.................................................................................................... $    **0.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.................................................................................................. $    **2,506,025.21**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*.................................................................................................... $    **2,506,025.21**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $    **0.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................................ $    **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$    **18,482,265.29**

4.  **Total liabilities** .................................................................................................................................
   Lines 2 + 3a + 3b          $    **18,482,265.29**

8/18/20  9:23AM

---

**Fill in this information to identify the case:**

Debtor name     **Teras Breakbulk Ocean Navigation Enterprises, LLC**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF FLORIDA

Case number (if known)     _____

☐ Check if this is an
   amended filing

---

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **JP Morgan Chase** | **Checking Account** | **7265** | $0.00 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**                                                                                           $0.00
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment
        **World Fuel Services, Inc.**
        **08/22/2016**
8.1.    **Account no. W66186**                                                                                       **$13,000.00**

        **OE Durant, Inc.: $4,947.94**
        **11/08/2016**
8.2.    **Account no. 1280**                                                                                         **$4,947.94**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor    **Teras Breakbulk Ocean Navigation Enterprises, LLC**        Case number *(If known)* _____
Name

| | | |
|---|---|---|
| 8.3. | **Vandeventer Black LLP: $7,000.00**<br>**06/04/2018**<br>**Account no. 1350** | **$7,000.00** |
| 8.4. | **Inmarsat**<br>**12/12/2016**<br>**Account no. 1300** | **$10,200.96** |
| 8.5. | **Inmarsat**<br>**12/31/2016**<br>**Account no. 1304** | **$468.23** |
| 8.6. | **Kibble & Prentice, a USI Co.**<br>**12/01/2016**<br>**Account no. 2003860** | **$76,545.00** |
| 8.7. | **KPI**<br>**09/02/2016**<br>**Account no. 1133** | **$200,000.00** |
| 8.8. | **Meridian Global Consulting, LLC**<br>**07/29/2016**<br>**Account no. 1075** | **$20,000.00** |
| 8.9. | **Meridian Global Consulting, LLC**<br>**08/05/2016**<br>**Account no. 1082** | **$5,000.00** |
| 8.10. | **Meridian Global Consulting, LLC**<br>**08/11/2016**<br>**Account no. 1086** | **$5,000.00** |
| 8.11. | **Meridian Global Consulting, LLC**<br>**09/07/2016**<br>**Account no. 1152** | **$30,000.00** |
| 8.12. | **Portserv International Ltd.**<br>**05/27/2016**<br>**Account no. W84295** | **$388,354.61** |
| 8.13. | **Portserv International Ltd.**<br>**06/24/2016**<br>**Account no. W48004** | **$500,000.00** |
| 8.14. | **Portserv International Ltd.**<br>**07/15/2016**<br>**Account no. W00013** | **$20,000.00** |
| 8.15. | **Portserv International Ltd.**<br>**07/20/2016**<br>**Account no. W04597** | **$20,000.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor   **Teras Breakbulk Ocean Navigation Enterprises, LLC**          Case number *(If known)* _____
Name

| | | |
|---|---|---|
| 8.16. | **Portserv International Ltd.**<br>**08/01/2016**<br>**Account no. 1078** | **$20,000.00** |
| 8.17. | **Portserv International Ltd.**<br>**08/10/2016**<br>**Account no. 1087** | **$20,000.00** |
| 8.18. | **Portserv International Ltd.**<br>**08/19/2016**<br>**Account no. 1097** | **$12,500.00** |
| 8.19. | **Portserv International Ltd.**<br>**08/26/2016**<br>**Account no. 1128** | **$12,500.00** |
| 8.20. | **Portserv International Ltd.**<br>**09/02/2016**<br>**Account no. 1129** | **$17,500.00** |
| 8.21. | **Portserv International Ltd.**<br>**09/09/2016**<br>**Account no. 1148** | **$17,500.00** |
| 8.22. | **Portserv International Ltd.**<br>**09/16/2016**<br>**Account no. 1168** | **$17,500.00** |
| 8.23. | **Portserv International Ltd.**<br>**09/23/2016**<br>**Account no. 1171** | **$17,500.00** |
| 8.24. | **Progesco Consignaciones S.L.**<br>**03/07/2016**<br>**Account no. 2016-885** | **$6,400.00** |
| 8.25. | **Rhenus Midgard GmbH & Co.**<br>**09/24/2015**<br>**Account no. 749** | **$88,627.71** |
| 8.26. | **Versant Funding**<br>**12/16/2016**<br>**Account no. 1246** | **$75,000.00** |
| 8.27. | **Versant Funding**<br>**11/21/2019**<br>**Account no. 1378** | **$500,000.00** |

Debtor    **Teras Breakbulk Ocean Navigation Enterprises, LLC**                   Case number *(If known)* _____
                 Name

|  | | |
|---|---|---|
| 8.28. | **Versant Funding**<br>**02/18/2020**<br>**Account no. 1390** | **$200,000.00** |
| 8.29. | **Versant Funding**<br>**05/14/2020**<br>**Account no. 1398** | **$200,000.00** |
| 8.30. | **WSS Pasadena, TX**<br>**11/30/2016**<br>**Account no. 1252** | **$480.76** |

9.    **Total of Part 2.**                                                              | **$2,506,025.21** |

     Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | |
|---|---|---|---|---|
| 11b. Over 90 days old: | **12,317.70** | - | **12,317.70** =.... | **Unknown** |
| 11b. Over 90 days old: | **0.00** | - | **0.00** =.... | **$0.00** |
| 11b. Over 90 days old: | **88,452.00** | - | **88,452.00** =.... | **$0.00** |
| 11b. Over 90 days old: | **3,294,193.15** | - | **3,294,193.15** =.... | **$0.00** |
| 11b. Over 90 days old: | **1,367,017.58** | - | **1,367,017.58** =.... | **$0.00** |

12.    **Total of Part 3.**                                                              | **$0.00** |

     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

Debtor    **Teras Breakbulk Ocean Navigation Enterprises, LLC**          Case number *(If known)* _____
<u>　　　　　Name</u>

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 5

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Teras Breakbulk Ocean Navigation Enterprises, LLC**                    Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,506,025.21 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,506,025.21 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,506,025.21 |

**Fill in this information to identify the case:**

Debtor name __**Teras Breakbulk Ocean Navigation Enterprises, LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    **Teras Breakbulk Ocean Navigation Enterprises, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**ABS Nautical Systems**<br>**PO Box 915090**<br>**Dallas, TX 75391-5090**<br><br>Date(s) debt was incurred  11/08/2016<br>Last 4 digits of account number  1263 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset? ■ No ☐ Yes | $4,251.84 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Ambassador Services, Inc.**<br>**245 Challenger Road A**<br>**Cape Canaveral, FL 32920**<br><br>Date(s) debt was incurred  12/12/2016<br>Last 4 digits of account number  354S | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset? ■ No ☐ Yes | $5,004.50 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**American Bureau of Shipping**<br>**PO Box 915090**<br>**Dallas, TX 75391-5090**<br><br>Date(s) debt was incurred  11/08/2016<br>Last 4 digits of account number  1264 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset? ■ No ☐ Yes | $3,107.63 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Applied Weather Technology, Inc.**<br>**140 Kifer Court**<br>**Sunnyvale, CA 94086**<br><br>Date(s) debt was incurred  04/05/2016<br>Last 4 digits of account number  0148 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset? ■ No ☐ Yes | $265.00 |

Debtor    **Teras Breakbulk Ocean Navigation Enterprises, LLC**

Name                                    Case number (if known) _____

| | | |
|---|---|---|
| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. |

**3.5** Nonpriority creditor's name and mailing address

**Applied Weather Technology, Inc.**
**140 Kifer Court**
**Sunnyvale, CA 94086**

Date(s) debt was incurred  __07/19/2016__
Last 4 digits of account number  __0857__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$720.00**

---

**3.6** Nonpriority creditor's name and mailing address

**Applied Weather Technology, Inc.**
**140 Kifer Court**
**Sunnyvale, CA 94086**

Date(s) debt was incurred  __07/29/2016__
Last 4 digits of account number  __1515__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$335.00**

---

**3.7** Nonpriority creditor's name and mailing address

**Applied Weather Technology, Inc.**
**140 Kifer Court**
**Sunnyvale, CA 94086**

Date(s) debt was incurred  __07/31/2016__
Last 4 digits of account number  __008d__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$360.00**

---

**3.8** Nonpriority creditor's name and mailing address

**Applied Weather Technology, Inc.**
**140 Kifer Court**
**Sunnyvale, CA 94086**

Date(s) debt was incurred  __10/01/2016__
Last 4 digits of account number  __567d__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$360.00**

---

**3.9** Nonpriority creditor's name and mailing address

**Applied Weather Technology, Inc.**
**140 Kifer Court**
**Sunnyvale, CA 94086**

Date(s) debt was incurred  __11/01/2016__
Last 4 digits of account number  __1661__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$900.00**

---

**3.10** Nonpriority creditor's name and mailing address

**Applied Weather Technology, Inc.**
**140 Kifer Court**
**Sunnyvale, CA 94086**

Date(s) debt was incurred  __11/10/2016__
Last 4 digits of account number  __0497__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,080.00**

---

**3.11** Nonpriority creditor's name and mailing address

**BMS United Bunkers (Asia) Pte Ltd.**
**8 Shenton Way #32-01A, AXA Tower**
**Singapore 068811**

Date(s) debt was incurred  __04/21/2016__
Last 4 digits of account number  __4110__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$18,370.00**

---

Debtor **Teras Breakbulk Ocean Navigation Enterprises, LLC**
Name

Case number *(if known)*

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,004.26 |
|---|---|---|---|

**Breakwater International LLC**
**f/k/a L.A. Maritime Services Inc.**
**8320 Millet Street**
**Houston, TX 77012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/08/2016**

**Basis for the claim:** _

Last 4 digits of account number  **1274**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,657.60 |
|---|---|---|---|

**Breakwater International LLC**
**f/k/a L.A. Maritime Services Inc.**
**8320 Millet Street**
**Houston, TX 77012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/16/2016**

**Basis for the claim:** _

Last 4 digits of account number  **1301**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $665,566.00 |
|---|---|---|---|

**Colonna's Shipyard, Inc.**
**400 East Indian River Road**
**Norfolk, VA 23523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/31/2016**

**Basis for the claim:** _

Last 4 digits of account number  **5457**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Delaware Division of Corporations**
**401 Federal St #4**
**Dover, DE 19901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/15/2017**

**Basis for the claim:** _

Last 4 digits of account number  **0117**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**Delaware Division of Corporations**
**401 Federal St #4**
**Dover, DE 19901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/05/2017**

**Basis for the claim:** _

Last 4 digits of account number  **2814**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,564.58 |
|---|---|---|---|

**DNV GL SE**
**Brooktorkai 18 D-20457**
**Hamburg**
**Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/08/2016**

**Basis for the claim:** _

Last 4 digits of account number  **1265**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,000.00 |
|---|---|---|---|

**DNV GL SE**
**Brooktorkai 18 D-20457**
**Hamburg**
**Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/22/2016**

**Basis for the claim:** _

Last 4 digits of account number  **1297**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Teras Breakbulk Ocean Navigation Enterprises, LLC**    Case number (if known) _____
          Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,779.26 |
|---|---|---|---|

**Drew Marine**
**100 South Jefferson Road**
**Whippany, NJ 07981**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __11/08/2016__

Basis for the claim: _

Last 4 digits of account number  __1266__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $435.80 |
|---|---|---|---|

**East Coast Ship Supply LLC**
**755 Central Avenue Unit 1**
**New Providence, NJ 07974**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __11/08/2016__

Basis for the claim: _

Last 4 digits of account number  __1267__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,744.00 |
|---|---|---|---|

**Euro-America Shipping & Trade, Inc.**
**1900 L Street, Suite 303**
**Washington, DC 20036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __08/10/2016__

Basis for the claim: _

Last 4 digits of account number  __1016__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,400.00 |
|---|---|---|---|

**Euro-America Shipping & Trade, Inc.**
**1900 L Street, Suite 303**
**Washington, DC 20036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/14/2016__

Basis for the claim: _

Last 4 digits of account number  __1416__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,287.50 |
|---|---|---|---|

**G.C. Maritime Services LLC**
**8320 Millet Road**
**Houston, TX 77012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __11/08/2016__

Basis for the claim: _

Last 4 digits of account number  __1268__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,008.50 |
|---|---|---|---|

**Goltens Dubai Trading LLC**
**Dubai Maritime City, Ship Docking Yard**
**PO Box 2811**
**Dubai**
**United Arab Emirates**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __11/08/2016__

Basis for the claim: _

Last 4 digits of account number  __1269__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,245.00 |
|---|---|---|---|

**Goltens Dubai Trading LLC**
**Dubai Maritime City, Ship Docking Yard**
**PO Box 2811**
**Dubai**
**United Arab Emirates**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __11/25/2016__

Basis for the claim: _

Last 4 digits of account number  __1298__

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Teras Breakbulk Ocean Navigation Enterprises, LLC** | Case number (if known) | |
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$43,295.00**

Goltens Red Sea (Saudi Arabia) Co. Ltd.
Opp. King Faisal Naval Base
Al Khumrah Road, PO Box 22709
Jeddah 21481, Saudi Arabia

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/08/2016**

**Basis for the claim:** _

Last 4 digits of account number  **1270**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$305,340.59**

Hansa Heavy Lift GmbH
Oberbaumbruecke 1
20457 Hamburg
Germany

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/20/2015**

**Basis for the claim:** _

Last 4 digits of account number  **0001**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$122,625.00**

Hansa Heavy Lift GmbH
Oberbaumbruecke 1
20457 Hamburg
Germany

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/03/2016**

**Basis for the claim:** _

Last 4 digits of account number  **0014**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$122,625.00**

Hansa Heavy Lift GmbH
Oberbaumbruecke 1
20457 Hamburg
Germany

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/12/2016**

**Basis for the claim:** _

Last 4 digits of account number  **0015**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$128,625.00**

Hansa Heavy Lift GmbH
Oberbaumbruecke 1
20457 Hamburg
Germany

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/02/2016**

**Basis for the claim:** _

Last 4 digits of account number  **0016**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$93,750.00**

Hansa Heavy Lift GmbH
Oberbaumbruecke 1
20457 Hamburg
Germany

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/01/2016**

**Basis for the claim:** _

Last 4 digits of account number  **0019**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$93,750.00**

Hansa Heavy Lift GmbH
Oberbaumbruecke 1
20457 Hamburg
Germany

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/26/2016**

**Basis for the claim:** _

Last 4 digits of account number  **0021**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Teras Breakbulk Ocean Navigation Enterprises, LLC**                Case number *(if known)*
                        Name

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $93,750.00 |
|---|---|---|---|

**Hansa Heavy Lift GmbH**
**Oberbaumbruecke 1**
**20457 Hamburg**
**Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/01/2016**

**Basis for the claim:** _

Last 4 digits of account number  **0021**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $93,750.00 |
|---|---|---|---|

**Hansa Heavy Lift GmbH**
**Oberbaumbruecke 1**
**20457 Hamburg**
**Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/13/2016**

**Basis for the claim:** _

Last 4 digits of account number  **0026**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,893.95 |
|---|---|---|---|

**Inmarsat Global Limited**
**99 City Road**
**London, England EC1Y 1AX**
**United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/30/2016**

**Basis for the claim:** _

Last 4 digits of account number  **1299**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,946.35 |
|---|---|---|---|

**Inmarsat Global Limited**
**99 City Road**
**London, England EC1Y 1AX**
**United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/08/2016**

**Basis for the claim:** _

Last 4 digits of account number  **1272**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,674.47 |
|---|---|---|---|

**Intl. Paint LLC**
**2951 Northern Cross Blvd, Bldg A**
**Suite 237**
**Fort Worth, TX 76137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/08/2016**

**Basis for the claim:** _

Last 4 digits of account number  **1273**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,341,336.10 |
|---|---|---|---|

**JJ Investment Group LLC**
**5358 33rd Ave NW**
**Gig Harbor, WA 98335**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **06/15/2020**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,900.00 |
|---|---|---|---|

**JJ Seattle LLC**
**5358 33rd Avenue NW, Suite 104**
**Gig Harbor, WA 98335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/27/2016**

**Basis for the claim:** _

Last 4 digits of account number  **3074**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Teras Breakbulk Ocean Navigation Enterprises, LLC**          Case number (if known)  _____
                   Name

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,000.00 |
|---|---|---|---|

**JJ Seattle LLC**
**5358 33rd Avenue NW, Suite 104**
**Gig Harbor, WA 98335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __07/11/2016__

**Basis for the claim:** _

Last 4 digits of account number  __3075__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,000.00 |
|---|---|---|---|

**JJ Seattle LLC**
**5358 33rd Avenue NW, Suite 104**
**Gig Harbor, WA 98335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __07/26/2016__

**Basis for the claim:** _

Last 4 digits of account number  __3076__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,000.00 |
|---|---|---|---|

**JJ Seattle LLC**
**5358 33rd Avenue NW, Suite 104**
**Gig Harbor, WA 98335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __08/10/2016__

**Basis for the claim:** _

Last 4 digits of account number  __3077__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,000.00 |
|---|---|---|---|

**JJ Seattle LLC**
**5358 33rd Avenue NW, Suite 104**
**Gig Harbor, WA 98335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __08/25/2016__

**Basis for the claim:** _

Last 4 digits of account number  __3078__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,000.00 |
|---|---|---|---|

**JJ Seattle LLC**
**5358 33rd Avenue NW, Suite 104**
**Gig Harbor, WA 98335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __09/09/2016__

**Basis for the claim:** _

Last 4 digits of account number  __3079__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98,150.00 |
|---|---|---|---|

**Kibble & Prentice Holding Co. dba USI**
**601 Union Street, Suite 1000**
**Seattle, WA 98101-4064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __11/04/2016__

**Basis for the claim:** _

Last 4 digits of account number  __3860__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,369.83 |
|---|---|---|---|

**Kibble & Prentice Holding Co. dba USI**
**601 Union Street, Suite 1000**
**Seattle, WA 98101-4064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __09/29/2016__

**Basis for the claim:** _

Last 4 digits of account number  __1279__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Teras Breakbulk Ocean Navigation Enterprises, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$159,500.00** |
|---|---|---|---|

**Kristensons-Petroleum, Inc.**
**21 East Front Street, Suite 300**
**Red Bank, NJ 07701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/09/2016**

Basis for the claim: _

Last 4 digits of account number  **9213**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$186,549.11** |
|---|---|---|---|

**Kristensons-Petroleum, Inc.**
**21 East Front Street, Suite 300**
**Red Bank, NJ 07701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/08/2016**

Basis for the claim: _

Last 4 digits of account number  **8004**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$95,108.35** |
|---|---|---|---|

**Luis A. Ayala Colon**
**PO Box 7066**
**Ponce, PR 00732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/28/2016**

Basis for the claim: _

Last 4 digits of account number  **0164**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,795.00** |
|---|---|---|---|

**MacGregor (Finland)**
**Hallimestarinkatu 6**
**FI-20780 Kaarina**
**Finland**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/08/2016**

Basis for the claim: _

Last 4 digits of account number  **1275**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|---|

**Mackay Communications, Inc.**
**d/b/a Mackay Marine**
**3691 Trust Drive**
**Raleigh, NC 27616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/08/2016**

Basis for the claim: _

Last 4 digits of account number  **1276**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,063.63** |
|---|---|---|---|

**Mackay Communications, Inc.**
**d/b/a Mackay Marine**
**3691 Trust Drive**
**Raleigh, NC 27616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/08/2016**

Basis for the claim: _

Last 4 digits of account number  **1277**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$81,350.00** |
|---|---|---|---|

**Meridian Global Consulting, LLC**
**812 Downtowner Blvd Suite A**
**Mobile, AL 36609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/18/2016**

Basis for the claim: _

Last 4 digits of account number  **296**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Teras Breakbulk Ocean Navigation Enterprises, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$123,700.00** |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$123,700.00** |
|---|---|---|---|
| | **Meridian Global Consulting, LLC**<br>**812 Downtowner Blvd Suite A**<br>**Mobile, AL 36609** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  07/08/2016** | **Basis for the claim:  _** | |
| | **Last 4 digits of account number  315** | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,145.00** |
| | **Meridian Global Consulting, LLC**<br>**812 Downtowner Blvd Suite A**<br>**Mobile, AL 36609** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  10/06/2016** | **Basis for the claim:  _** | |
| | **Last 4 digits of account number  348** | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,600.00** |
| | **Moxie Media**<br>**1301 Dealers Ave.**<br>**New Orleans, LA 70123** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  11/08/2016** | **Basis for the claim:  _** | |
| | **Last 4 digits of account number  1278** | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$770.00** |
| | **National Cargo Bureau, Inc.**<br>**180 Maiden Lane, Suite 903**<br>**New York, NY 10038** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  11/08/2016** | **Basis for the claim:  _** | |
| | **Last 4 digits of account number  1279** | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26.00** |
| | **National Vessel Documentation Center**<br>**792 T J Jackson Drive**<br>**Falling Waters, WV 25419** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  09/25/2016** | **Basis for the claim:  _** | |
| | **Last 4 digits of account number  3568** | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,096.38** |
| | **Patriot Maritime Compliance, LLC**<br>**1320 Willow Paca Road**<br>**Concord, CA 94520** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  11/08/2016** | **Basis for the claim:  _** | |
| | **Last 4 digits of account number  1281** | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,084.41** |
| | **PELTZ Marine, Inc.**<br>**3429 E. Virginia Beach Blvd**<br>**Norfolk, VA 23502** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  11/08/2016** | **Basis for the claim:  _** | |
| | **Last 4 digits of account number  1282** | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor **Teras Breakbulk Ocean Navigation Enterprises, LLC**

Name

Case number (if known)

| | | |
|---|---|---|
| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,682.27** |

3.61 **Nonpriority creditor's name and mailing address**

**PETRIK NAVAL S.L.**
**CARRETERA ACCESO TERMICA S/N**
**TORRES DE HERCULES T2A**
**LOS BARRIOS, CADIZ**
**CP11379, SPAIN**

Date(s) debt was incurred  **11/08/2016**

Last 4 digits of account number  **1283**

As of the petition filing date, the claim is: Check all that apply.                **$8,682.27**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.62 **Nonpriority creditor's name and mailing address**

**Portserv International Ltd.**
**201 Amber Street**
**Markham, ON, L3R 3J7**
**Canada**

Date(s) debt was incurred  **05/24/2016**

Last 4 digits of account number  **2416**

As of the petition filing date, the claim is: Check all that apply.                **$701,229.99**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **65% balance due discharge/bagged/stacked**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.63 **Nonpriority creditor's name and mailing address**

**Portserv International Ltd.**
**201 Amber Street**
**Markham, ON, L3R 3J7**
**Canada**

Date(s) debt was incurred  **07/12/2016**

Last 4 digits of account number  **2416**

As of the petition filing date, the claim is: Check all that apply.                **$13,879.64**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.64 **Nonpriority creditor's name and mailing address**

**Portserv International Ltd.**
**201 Amber Street**
**Markham, ON, L3R 3J7**
**Canada**

Date(s) debt was incurred  **05/24/2016**

Last 4 digits of account number  **2416**

As of the petition filing date, the claim is: Check all that apply.                **$388,354.61**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **35% due Discharge/bagged/stacked**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.65 **Nonpriority creditor's name and mailing address**

**Praxis Energy Agents Pte Ltd**
**2603 Augusta Dr. Suite 1260**
**Houston, TX 77057**

Date(s) debt was incurred  **07/23/2016**

Last 4 digits of account number  **9245**

As of the petition filing date, the claim is: Check all that apply.                **$232,200.88**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.66 **Nonpriority creditor's name and mailing address**

**Progesco Consignaciones S.L.**
**Avenida Juan Melgarejo 18**
**11500, El Puerto De Santa Maria**
**Cadiz, Spain**

Date(s) debt was incurred  **08/22/2016**

Last 4 digits of account number  **1656**

As of the petition filing date, the claim is: Check all that apply.                **$24,274.80**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.67 **Nonpriority creditor's name and mailing address**

**Progesco Consignaciones S.L.**
**Avenida Juan Melgarejo 18**
**11500, El Puerto De Santa Maria**
**Cadiz, Spain**

Date(s) debt was incurred  **08/30/2016**

Last 4 digits of account number  **1661**

As of the petition filing date, the claim is: Check all that apply.                **$5,295.45**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Teras Breakbulk Ocean Navigation Enterprises, LLC**                    Case number (if known)
Name

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,321.21 |
|---|---|---|---|

**Progesco Consignaciones S.L.**
**Avenida Juan Melgarejo 18**
**11500, El Puerto De Santa Maria**
**Cadiz, Spain**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/20/2016**

Basis for the claim: _

Last 4 digits of account number  **1625**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,059.20 |
|---|---|---|---|

**Progesco Consignaciones S.L.**
**Avenida Juan Melgarejo 18**
**11500, El Puerto De Santa Maria**
**Cadiz, Spain**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/16/2016**

Basis for the claim: _

Last 4 digits of account number  **1676**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,254.95 |
|---|---|---|---|

**Progesco Consignaciones S.L.**
**Avenida Juan Melgarejo 18**
**11500, El Puerto De Santa Maria**
**Cadiz, Spain**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/01/2016**

Basis for the claim: _

Last 4 digits of account number  **1628**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,725.00 |
|---|---|---|---|

**Radio Holland USA, Inc.**
**9191 Gulf Freeway**
**Building 'D' - Suite 100**
**Houston, TX 77017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/08/2016**

Basis for the claim: _

Last 4 digits of account number  **1284**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96,268.12 |
|---|---|---|---|

**Rhenus Midgard GmbH & Co.**
**Midgard Strasse 50**
**Nordenham, 26954**
**Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/19/2016**

Basis for the claim: _

Last 4 digits of account number  **1916**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88,627.71 |
|---|---|---|---|

**Rhenus Midgard GmbH & Co.**
**Midgard Strasse 50**
**Nordenham, 26954**
**Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/22/2015**

Basis for the claim: _

Last 4 digits of account number  **2215**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $757.22 |
|---|---|---|---|

**Securewest International Inc.**
**416 South Veitch St., #308**
**Arlington, VA 22204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/08/2016**

Basis for the claim: _

Last 4 digits of account number  **1285**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **Teras Breakbulk Ocean Navigation Enterprises, LLC**
　　　　　Name

Case number *(if known)*

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $613.92 |

**Sentara Leigh Hospital**
**830 Kempsville Road**
**Norfolk, VA 23502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/02/2016**

**Basis for the claim:** _

Last 4 digits of account number  **0216**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,669.88 |

**Shaikh David & Co.**
**A1-9-9 Arcoris Mont' Kiara**
**No.10, Jalan Kiara**
**50480 Kuala Lumpur**
**Malaysia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/20/2016**

**Basis for the claim:** _

Last 4 digits of account number  **Inv1**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,141.44 |

**Shaikh David & Co.**
**A1-9-9 Arcoris Mont' Kiara**
**No.10, Jalan Kiara**
**50480 Kuala Lumpur**
**Malaysia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/07/2016**

**Basis for the claim:** _

Last 4 digits of account number  **3381**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,698.07 |

**Synergy Euro**
**10 Anson Road, #10-11**
**International Plaza**
**Singapore 079903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/08/2016**

**Basis for the claim:** _

Last 4 digits of account number  **1287**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,952.31 |

**Synergy Industrial Tech. Pte. Ltd.**
**10 Anson Road, #10-11**
**International Plaza**
**Singapore 079903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/08/2016**

**Basis for the claim:** _

Last 4 digits of account number  **1286**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,960.40 |

**Synergy SGD**
**10 Anson Road, #10-11**
**International Plaza**
**Singapore 079903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/08/2016**

**Basis for the claim:** _

Last 4 digits of account number  **1288**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300,000.00 |

**Teras BBC Houston (BVI) Limited**
**P.O Box 957**
**Offshore Incorporations Centre**
**Road Town, Tortola**
**British Virgin Islands**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/23/2015**

**Basis for the claim:** _

Last 4 digits of account number  **1001**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Teras Breakbulk Ocean Navigation Enterprises, LLC**                    Case number (if known) _____
_____
Name

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$310,000.00** |
|---|---|---|---|

**Teras BBC Houston (BVI) Limited**
**P.O Box 957**
**Offshore Incorporations Centre**
**Road Town, Tortola**
**British Virgin Islands**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  01/01/2016

**Basis for the claim:** _

**Last 4 digits of account number**  2001

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,754.69** |
|---|---|---|---|

**TTS Marine Inc.**
**6555 Powerline Rd, Ste 410**
**Fort Lauderdale, FL 33309**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  11/08/2016

**Basis for the claim:** _

**Last 4 digits of account number**  1289

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$248.00** |
|---|---|---|---|

**Turbo Diesel Engineering, LLC**
**No. 7348 Chuansha Road**
**Pudong ND Shanghai**
**201202, China**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  11/08/2016

**Basis for the claim:** _

**Last 4 digits of account number**  1290

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,760.63** |
|---|---|---|---|

**U.S. Coast Guard**
**1430A Kristina Way**
**Chesapeake, VA 23320**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  03/27/2017

**Basis for the claim:** _

**Last 4 digits of account number**  7712

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,502.94** |
|---|---|---|---|

**U.S. Coast Guard**
**1430A Kristina Way**
**Chesapeake, VA 23320**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  03/27/2017

**Basis for the claim:** _

**Last 4 digits of account number**  7711

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,385.91** |
|---|---|---|---|

**U.S. Coast Guard**
**1430A Kristina Way**
**Chesapeake, VA 23320**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  03/27/2017

**Basis for the claim:** _

**Last 4 digits of account number**  7713

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,711.37** |
|---|---|---|---|

**U.S. Coast Guard**
**1430A Kristina Way**
**Chesapeake, VA 23320**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  03/27/2017

**Basis for the claim:** _

**Last 4 digits of account number**  7714

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Teras Breakbulk Ocean Navigation Enterprises, LLC**

Case number *(if known)* _____

Name

| | | |
|---|---|---|
| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **U.S. Coast Guard**<br>**1430A Kristina Way**<br>**Chesapeake, VA 23320** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  03/27/2017 | **Basis for the claim:** _ |
| | Last 4 digits of account number  7715 | Is the claim subject to offset? ■ No  ☐ Yes |

**$2,508.51**

| | | |
|---|---|---|
| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **U.S. Coast Guard Finance Center**<br>**1430A Kristina Way**<br>**Chesapeake, VA 23320** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  04/05/2017 | **Basis for the claim:** _ |
| | Last 4 digits of account number  7787 | Is the claim subject to offset? ■ No  ☐ Yes |

**$992.98**

| | | |
|---|---|---|
| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **U.S. Customs and Border Protection**<br>**Office of Chief Counsel**<br>**1300 Pennsylvania Avenue, Suite 4.4-B**<br>**Washington, DC 20229** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  03/01/2016 | **Basis for the claim:** _ |
| | Last 4 digits of account number  2976 | Is the claim subject to offset? ■ No  ☐ Yes |

**$8,198.66**

| | | |
|---|---|---|
| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **U.S. Customs and Border Protection**<br>**Office of Chief Counsel**<br>**1300 Pennsylvania Avenue, Suite 4.4-B**<br>**Washington, DC 20229** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  07/01/2016 | **Basis for the claim:** _ |
| | Last 4 digits of account number  1607 | Is the claim subject to offset? ■ No  ☐ Yes |

**$26.84**

| | | |
|---|---|---|
| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **U.S. Customs and Border Protection**<br>**Office of Chief Counsel**<br>**1300 Pennsylvania Avenue, Suite 4.4-B**<br>**Washington, DC 20229** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  10/01/2016 | **Basis for the claim:** _ |
| | Last 4 digits of account number  1607 | Is the claim subject to offset? ■ No  ☐ Yes |

**$27.10**

| | | |
|---|---|---|
| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **U.S. Customs and Border Protection**<br>**Office of Chief Counsel**<br>**1300 Pennsylvania Avenue, Suite 4.4-B**<br>**Washington, DC 20229** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  11/26/2016 | **Basis for the claim:** _ |
| | Last 4 digits of account number  1607 | Is the claim subject to offset? ■ No  ☐ Yes |

**$54.29**

| | | |
|---|---|---|
| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **U.S. Customs and Border Protection**<br>**Office of Chief Counsel**<br>**1300 Pennsylvania Avenue, Suite 4.4-B**<br>**Washington, DC 20229** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  12/27/2016 | **Basis for the claim:** _ |
| | Last 4 digits of account number  1607 | Is the claim subject to offset? ■ No  ☐ Yes |

**$27.28**

| Debtor | **Teras Breakbulk Ocean Navigation Enterprises, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54.97** |
|---|---|---|---|

**U.S. Customs and Border Protection**
**Office of Chief Counsel**
**1300 Pennsylvania Avenue, Suite 4.4-B**
**Washington, DC 20229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/15/2017

**Basis for the claim:** _

Last 4 digits of account number  1607

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$280.37** |
|---|---|---|---|

**U.S. Customs and Border Protection**
**Office of Chief Counsel**
**1300 Pennsylvania Avenue, Suite 4.4-B**
**Washington, DC 20229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/31/2017

**Basis for the claim:** _

Last 4 digits of account number  1607

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$104,253.24** |
|---|---|---|---|

**Uni Marine Services Pte Ltd.**
**8 Shenton Way #49-01**
**AXA Tower**
**Singapore 068811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/11/2016

**Basis for the claim:** _

Last 4 digits of account number  2566

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,642.00** |
|---|---|---|---|

**Uni Marine Services Pte Ltd.**
**8 Shenton Way #49-01**
**AXA Tower**
**Singapore 068811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/21/2016

**Basis for the claim:** _

Last 4 digits of account number  0154

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,200.00** |
|---|---|---|---|

**Uni Marine Services Pte Ltd.**
**8 Shenton Way #49-01**
**AXA Tower**
**Singapore 068811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/09/2016

**Basis for the claim:** _

Last 4 digits of account number  0231

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$445.00** |
|---|---|---|---|

**Uni Marine Services Pte Ltd.**
**8 Shenton Way #49-01**
**AXA Tower**
**Singapore 068811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/19/2016

**Basis for the claim:** _

Last 4 digits of account number  0236

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,013.23** |
|---|---|---|---|

**Van Scoyoc Associates**
**800 Maine Avenue, SW, Suite 800**
**Washington, DC 20024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/15/2016

**Basis for the claim:** _

Last 4 digits of account number  4864

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor    **Teras Breakbulk Ocean Navigation Enterprises, LLC**                    Case number *(if known)*
_____
Name

| | | |
|---|---|---|
| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,241.61** |

**3.103**

**Nonpriority creditor's name and mailing address**

**Van Scoyoc Associates**
**800 Maine Avenue, SW, Suite 800**
**Washington, DC 20024**

**Date(s) debt was incurred** __02/25/2016__

**Last 4 digits of account number** __5341__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$12,241.61**

---

**3.104**

**Nonpriority creditor's name and mailing address**

**Van Scoyoc Associates**
**800 Maine Avenue, SW, Suite 800**
**Washington, DC 20024**

**Date(s) debt was incurred** __06/24/2016__

**Last 4 digits of account number** __6428__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$12,033.16**

---

**3.105**

**Nonpriority creditor's name and mailing address**

**Van Scoyoc Associates**
**800 Maine Avenue, SW, Suite 800**
**Washington, DC 20024**

**Date(s) debt was incurred** __06/30/2016__

**Last 4 digits of account number** __6137__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$12,017.60**

---

**3.106**

**Nonpriority creditor's name and mailing address**

**Van Scoyoc Associates**
**800 Maine Avenue, SW, Suite 800**
**Washington, DC 20024**

**Date(s) debt was incurred** __07/24/2016__

**Last 4 digits of account number** __6669__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$12,024.97**

---

**3.107**

**Nonpriority creditor's name and mailing address**

**Van Scoyoc Associates**
**800 Maine Avenue, SW, Suite 800**
**Washington, DC 20024**

**Date(s) debt was incurred** __08/23/2016__

**Last 4 digits of account number** __5617__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$12,190.38**

---

**3.108**

**Nonpriority creditor's name and mailing address**

**Van Scoyoc Associates**
**800 Maine Avenue, SW, Suite 800**
**Washington, DC 20024**

**Date(s) debt was incurred** __08/23/2016__

**Last 4 digits of account number** __5879__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$12,189.59**

---

**3.109**

**Nonpriority creditor's name and mailing address**

**Van Scoyoc Associates**
**800 Maine Avenue, SW, Suite 800**
**Washington, DC 20024**

**Date(s) debt was incurred** __08/24/2016__

**Last 4 digits of account number** __6920__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$12,020.28**

---

Debtor **Teras Breakbulk Ocean Navigation Enterprises, LLC**          Case number *(if known)* _____
        Name

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,016.63 |

**Van Scoyoc Associates**
**800 Maine Avenue, SW, Suite 800**
**Washington, DC 20024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/01/2016__

**Basis for the claim:** _

Last 4 digits of account number __7149__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.62 |

**Van Scoyoc Associates**
**800 Maine Avenue, SW, Suite 800**
**Washington, DC 20024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __11/03/2016__

**Basis for the claim:** _

Last 4 digits of account number __7466__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,412.50 |

**Veritas Petroleum Services B.V.**
**318 North 16th Street**
**La Porte, TX 77571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __11/08/2016__

**Basis for the claim:** _

Last 4 digits of account number __1291__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,050,000.00 |

**Versant Funding LLC**
**2500 North Military Trail, Suite 465**
**Boca Raton, FL 33431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/16/2016__

**Basis for the claim:** _

Last 4 digits of account number __0725__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000,000.00 |

**Versant Funding LLC**
**2500 North Military Trail, Suite 465**
**Boca Raton, FL 33431**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __05/09/2019__

**Basis for the claim:** _

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,087.16 |

**W.W. Grainger, Inc.**
**100 Grainger Pkwy**
**Lake Forest, IL 60045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __11/08/2016__

**Basis for the claim:** _

Last 4 digits of account number __1271__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,557.76 |

**Wartsila SAM Electronics GmbH**
**PO Box 50 30 29**
**D22703 Hamburg**
**Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __11/08/2016__

**Basis for the claim:** _

Last 4 digits of account number __1292__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Teras Breakbulk Ocean Navigation Enterprises, LLC**    Case number (if known) _____
　　　　　　　Name

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,418.75 |

**Washington Maritime Shipping Corp**
410 Severn Ave, Ste 310
Annapolis, MD 21403

Date(s) debt was incurred  __03/17/2016__

Last 4 digits of account number  __9480__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,418.75 |

**Washington Maritime Shipping Corp**
410 Severn Ave, Ste 310
Annapolis, MD 21403

Date(s) debt was incurred  __03/17/2016__

Last 4 digits of account number  __9479__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,202.44 |

**Washington Maritime Shipping Corp**
410 Severn Ave, Ste 310
Annapolis, MD 21403

Date(s) debt was incurred  __04/26/2016__

Last 4 digits of account number  __9506__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,808.18 |

**Washington Maritime Shipping Corp**
410 Severn Ave, Ste 310
Annapolis, MD 21403

Date(s) debt was incurred  __04/26/2016__

Last 4 digits of account number  __9507__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,418.75 |

**Washington Maritime Shipping Corp**
410 Severn Ave, Ste 310
Annapolis, MD 21403

Date(s) debt was incurred  __06/07/2016__

Last 4 digits of account number  __9554__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,418.75 |

**Washington Maritime Shipping Corp**
410 Severn Ave, Ste 310
Annapolis, MD 21403

Date(s) debt was incurred  __06/07/2016__

Last 4 digits of account number  __9555__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $361.25 |

**Washington Maritime Shipping Corp**
410 Severn Ave, Ste 310
Annapolis, MD 21403

Date(s) debt was incurred  __06/07/2016__

Last 4 digits of account number  __9556__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Teras Breakbulk Ocean Navigation Enterprises, LLC**          Case number (if known) _____
                    Name

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,262.50 |

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,262.50 |
|---|---|---|---|

**3.124**   Nonpriority creditor's name and mailing address

**Washington Maritime Shipping Corp**
**410 Severn Ave, Ste 310**
**Annapolis, MD 21403**

Date(s) debt was incurred  07/07/2016

Last 4 digits of account number  9578

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$6,262.50**

---

**3.125**   Nonpriority creditor's name and mailing address

**Washington Maritime Shipping Corp**
**410 Severn Ave, Ste 310**
**Annapolis, MD 21403**

Date(s) debt was incurred  07/07/2016

Last 4 digits of account number  9579

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$6,262.50**

---

**3.126**   Nonpriority creditor's name and mailing address

**Washington Maritime Shipping Corp**
**410 Severn Ave, Ste 310**
**Annapolis, MD 21403**

Date(s) debt was incurred  07/07/2016

Last 4 digits of account number  9580

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$6,262.50**

---

**3.127**   Nonpriority creditor's name and mailing address

**Washington Maritime Shipping Corp**
**410 Severn Ave, Ste 310**
**Annapolis, MD 21403**

Date(s) debt was incurred  07/07/2016

Last 4 digits of account number  9581

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$6,262.50**

---

**3.128**   Nonpriority creditor's name and mailing address

**Washington Maritime Shipping Corp**
**410 Severn Ave, Ste 310**
**Annapolis, MD 21403**

Date(s) debt was incurred  08/02/2016

Last 4 digits of account number  9605

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$6,262.50**

---

**3.129**   Nonpriority creditor's name and mailing address

**Washington Maritime Shipping Corp**
**410 Severn Ave, Ste 310**
**Annapolis, MD 21403**

Date(s) debt was incurred  09/02/2016

Last 4 digits of account number  9638

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$6,262.50**

---

**3.130**   Nonpriority creditor's name and mailing address

**Washington Maritime Shipping Corp**
**410 Severn Ave, Ste 310**
**Annapolis, MD 21403**

Date(s) debt was incurred  09/02/2016

Last 4 digits of account number  6639

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,427.50**

---

Debtor   **Teras Breakbulk Ocean Navigation Enterprises, LLC**   Case number (if known) _____
                    Name

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,031.21 |

**Washington Maritime Shipping Corp**
**410 Severn Ave, Ste 310**
**Annapolis, MD 21403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __09/26/2016__

Basis for the claim: _

Last 4 digits of account number  __9665__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,465.80 |

**WCR Incorporated**
**2601 West Stroop #100**
**Dayton, OH 45439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __11/08/2016__

Basis for the claim: _

Last 4 digits of account number  __1293__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,192.54 |

**Wilhelmsen Ships Services AS**
**PO Box 123141**
**Dallas, TX 75312-3141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __11/08/2016__

Basis for the claim: _

Last 4 digits of account number  __1296__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |

**Wilhelmsen Ships Services AS (Pasadena)**
**9400 New Century Dr.**
**Pasadena, TX 77507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __06/01/2016__

Basis for the claim: _

Last 4 digits of account number  __7847__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,648.75 |

**Wilmington Shipping Company**
**330 Shipyard Blvd.**
**Wilmington, NC 28412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __07/11/2016__

Basis for the claim: _

Last 4 digits of account number  __7316__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.93 |

**World Fuel Services Corporation**
**9800 NW 41st Street**
**Miami, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __08/30/2016__

Basis for the claim: _

Last 4 digits of account number  __1101__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,488.35 |

**World Fuel Services Corporation**
**9800 NW 41st Street**
**Miami, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __08/30/2016__

Basis for the claim: _

Last 4 digits of account number  __1101__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Teras Breakbulk Ocean Navigation Enterprises, LLC**                    Case number (if known) _____
_____
Name

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,954.66 |
|---|---|---|---|

**Wrist Middle East (U.A.E.) L.L.C.**
**Industrial Area No. 11**
**Street No. 8**
**P.O. Box 6846 Sharjah**
**United Arab Emirates**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __11/08/2016__

Basis for the claim: __

Last 4 digits of account number __1294__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $745.70 |
|---|---|---|---|

**Wrist USA (Houston) Inc.**
**1485 East Sam Houston Parkway South**
**Suite 100**
**Pasadena, TX 77503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __11/08/2016__

Basis for the claim: __

Last 4 digits of account number __1295__

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 18,482,265.29 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 18,482,265.29 |

**Fill in this information to identify the case:**

Debtor name  **Teras Breakbulk Ocean Navigation Enterprises, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
     (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest

         State the term remaining

         List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest

         State the term remaining

         List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest

         State the term remaining

         List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest

         State the term remaining

         List the contract number of any government contract | |

8/18/20 9:23AM

**Fill in this information to identify the case:**

Debtor name __**Teras Breakbulk Ocean Navigation Enterprises, LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ **No.** Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ **Yes**

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |

| | Name | Mailing Address | Name | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | _____ | Street _____<br>_____<br>City       State       Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street _____<br>_____<br>City       State       Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street _____<br>_____<br>City       State       Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street _____<br>_____<br>City       State       Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name  **Teras Breakbulk Ocean Navigation Enterprises, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ☑ Operating a business<br>☐ Other | **$0.00** |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ☑ Operating a business<br>☐ Other | **$0.00** |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ☑ Operating a business<br>☐ Other | **$0.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | **Non-business Revenue** | **$0.00** |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | **Non-business Revenue** | **$0.00** |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | **Non-business Revenue** | **$0.00** |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                            Best Case Bankruptcy

Debtor    **Teras Breakbulk Ocean Navigation Enterprises, LLC**                     Case number *(if known)*

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

   | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|

Debtor    __Teras Breakbulk Ocean Navigation Enterprises, LLC_____    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **VERSANT FUNDING LLC Plaintiff v. TERAS BREAKBULK OCEAN NAVIGATION ENTERPRISES, LLC f/k/a TERAS BBC OCEAN NAVIGATION ENTERPRISES HOUSTON, LLC; TERAS CARGO TRANSPORT (AMERICA), LLC; TERAS CHARTERING, LLC d/b/a TERAS BBC CHARTERING, LLC; SONNY JOE SANDERS; Defendants, And TERAS AMERICA, LLC; PNG PROJECT SERVICES, LTD.; TERAS QUEENSLAND PTY LTD.; TRUENORTH ENERGY SYSTEMS, LLC; CARGO RISK CONSULTING, LLC; AND SJS INVESTMENTS, LLC, Third-Party Defendants.<br>17-cv-81140-WPD** | **Plaintiff looking to enforce judgment.** | **US Southern District of Florida<br>400 North Miami Avenue<br>Miami, FL 33128** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **JJ Investment Group LLC v. SJS Investments LLC; Teras Cargo Transport (America), LLC; Teras Breakbulk Ocean Navigation Enterprises, LLC f/k/a Teras BBC Ocean Navigation Enterprises Houston, LLC, a Delaware limited liability company<br>CL17-2848** | **Arbitration award.** | **Circuit Court City of Virginia Beach<br>2425 Nimmo Pkwy<br>Virginia Beach, VA 23456** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Debtor    **Teras Breakbulk Ocean Navigation Enterprises, LLC**                    Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

Debtor    **Teras Breakbulk Ocean Navigation Enterprises, LLC**                    Case number *(if known)*

16. **Does the debtor collect and retain personally identifiable information of customers?**

  ☑ No.
  ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

  ☑ No. Go to Part 10.
  ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

  ☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

  ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

  ☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

  ☑ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

Debtor    **Teras Breakbulk Ocean Navigation Enterprises, LLC**          Case number *(if known)*

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Debtor    **Teras Breakbulk Ocean Navigation Enterprises, LLC**            Case number *(if known)*

**Name and address**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor   **Teras Breakbulk Ocean Navigation Enterprises, LLC**                    Case number *(if known)*

---

| **Part 14:** | **Signature and Declaration** |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 18, 2020**

**/s/ Timothy Lord**                                          **Timothy Lord**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **General Counsel**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Florida

In re __Teras Breakbulk Ocean Navigation Enterprises, LLC__

Case No. _____

Debtor(s)

Chapter __7__

# VERIFICATION OF CREDITOR MATRIX

I, the General Counsel of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  __August 18, 2020__

__/s/ Timothy Lord__

__Timothy Lord__/__General Counsel__
Signer/Title

ABS Nautical Systems
PO Box 915090
Dallas, TX 75391-5090


Ambassador Services, Inc.
245 Challenger Road A
Cape Canaveral, FL 32920


American Bureau of Shipping
PO Box 915090
Dallas, TX 75391-5090


Applied Weather Technology, Inc.
140 Kifer Court
Sunnyvale, CA 94086


BMS United Bunkers (Asia) Pte Ltd.
8 Shenton Way #32-01A, AXA Tower
Singapore 068811


Breakwater International LLC
f/k/a L.A. Maritime Services Inc.
8320 Millet Street
Houston, TX 77012


Colonna's Shipyard, Inc.
400 East Indian River Road
Norfolk, VA 23523


Delaware Division of Corporations
401 Federal St #4
Dover, DE 19901


DNV GL SE
Brooktorkai 18 D-20457
Hamburg
Germany


Drew Marine
100 South Jefferson Road
Whippany, NJ 07981


East Coast Ship Supply LLC
755 Central Avenue Unit 1
New Providence, NJ 07974

Euro-America Shipping & Trade, Inc.
1900 L Street, Suite 303
Washington, DC 20036


G.C. Maritime Services LLC
8320 Millet Road
Houston, TX 77012


Goltens Dubai Trading LLC
Dubai Maritime City, Ship Docking Yard
PO Box 2811
Dubai
United Arab Emirates


Goltens Red Sea (Saudi Arabia) Co. Ltd.
Opp. King Faisal Naval Base
Al Khumrah Road, PO Box 22709
Jeddah 21481, Saudi Arabia


Hansa Heavy Lift GmbH
Oberbaumbruecke 1
20457 Hamburg
Germany


Inmarsat Global Limited
99 City Road
London, England EC1Y 1AX
United Kingdom


Intl. Paint LLC
2951 Northern Cross Blvd, Bldg A
Suite 237
Fort Worth, TX 76137


JJ Investment Group LLC
5358 33rd Ave NW
Gig Harbor, WA 98335


JJ Seattle LLC
5358 33rd Avenue NW, Suite 104
Gig Harbor, WA 98335


Kibble & Prentice Holding Co. dba USI
601 Union Street, Suite 1000
Seattle, WA 98101-4064

Kristensons-Petroleum, Inc.
21 East Front Street, Suite 300
Red Bank, NJ 07701


Luis A. Ayala Colon
PO Box 7066
Ponce, PR 00732


MacGregor (Finland)
Hallimestarinkatu 6
FI-20780 Kaarina
Finland


Mackay Communications, Inc.
d/b/a Mackay Marine
3691 Trust Drive
Raleigh, NC 27616


Meridian Global Consulting, LLC
812 Downtowner Blvd Suite A
Mobile, AL 36609


Moxie Media
1301 Dealers Ave.
New Orleans, LA 70123


National Cargo Bureau, Inc.
180 Maiden Lane, Suite 903
New York, NY 10038


National Vessel Documentation Center
792 T J Jackson Drive
Falling Waters, WV 25419


Patriot Maritime Compliance, LLC
1320 Willow Paca Road
Concord, CA 94520


PELTZ Marine, Inc.
3429 E. Virginia Beach Blvd
Norfolk, VA 23502

PETRIK NAVAL S.L.
CARRETERA ACCESO TERMICA S/N
TORRES DE HERCULES T2A
LOS BARRIOS, CADIZ
CP11379, SPAIN


Portserv International Ltd.
201 Amber Street
Markham, ON, L3R 3J7
Canada


Praxis Energy Agents Pte Ltd
2603 Augusta Dr. Suite 1260
Houston, TX 77057


Progesco Consignaciones S.L.
Avenida Juan Melgarejo 18
11500, El Puerto De Santa Maria
Cadiz, Spain


Radio Holland USA, Inc.
9191 Gulf Freeway
Building 'D' - Suite 100
Houston, TX 77017


Rhenus Midgard GmbH & Co.
Midgard Strasse 50
Nordenham, 26954
Germany


Securewest International Inc.
416 South Veitch St., #308
Arlington, VA 22204


Sentara Leigh Hospital
830 Kempsville Road
Norfolk, VA 23502


Shaikh David & Co.
A1-9-9 Arcoris Mont' Kiara
No.10, Jalan Kiara
50480 Kuala Lumpur
Malaysia

Synergy Euro
10 Anson Road, #10-11
International Plaza
Singapore 079903


Synergy Industrial Tech. Pte. Ltd.
10 Anson Road, #10-11
International Plaza
Singapore 079903


Synergy SGD
10 Anson Road, #10-11
International Plaza
Singapore 079903


Teras BBC Houston (BVI) Limited
P.O Box 957
Offshore Incorporations Centre
Road Town, Tortola
British Virgin Islands


TTS Marine Inc.
6555 Powerline Rd, Ste 410
Fort Lauderdale, FL 33309


Turbo Diesel Engineering, LLC
No. 7348 Chuansha Road
Pudong ND Shanghai
201202, China


U.S. Coast Guard
1430A Kristina Way
Chesapeake, VA 23320


U.S. Coast Guard Finance Center
1430A Kristina Way
Chesapeake, VA 23320


U.S. Customs and Border Protection
Office of Chief Counsel
1300 Pennsylvania Avenue, Suite 4.4-B
Washington, DC 20229

Uni Marine Services Pte Ltd.
8 Shenton Way #49-01
AXA Tower
Singapore 068811


Van Scoyoc Associates
800 Maine Avenue, SW, Suite 800
Washington, DC 20024


Veritas Petroleum Services B.V.
318 North 16th Street
La Porte, TX 77571


Versant Funding LLC
2500 North Military Trail, Suite 465
Boca Raton, FL 33431


W.W. Grainger, Inc.
100 Grainger Pkwy
Lake Forest, IL 60045


Wartsila SAM Electronics GmbH
PO Box 50 30 29
D22703 Hamburg
Germany


Washington Maritime Shipping Corp
410 Severn Ave, Ste 310
Annapolis, MD 21403


WCR Incorporated
2601 West Stroop #100
Dayton, OH 45439


Wilhelmsen Ships Services AS
PO Box 123141
Dallas, TX 75312-3141


Wilhelmsen Ships Services AS (Pasadena)
9400 New Century Dr.
Pasadena, TX 77507


Wilmington Shipping Company
330 Shipyard Blvd.
Wilmington, NC 28412

World Fuel Services Corporation
9800 NW 41st Street
Miami, FL 33178


Wrist Middle East (U.A.E.) L.L.C.
Industrial Area No. 11
Street No. 8
P.O. Box 6846 Sharjah
United Arab Emirates


Wrist USA (Houston) Inc.
1485 East Sam Houston Parkway South
Suite 100
Pasadena, TX 77503