FORM 1  
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
**ASSET CASES**

Page No.: 1

| Case No.: | 20-18841 | | | Trustee Name: | Robert A. Angueira |
| Case Name: | TERAS BREAKBULK OCEAN NAVIGATION ENTERPRISES, LLC | | | Date Filed (f) or Converted (c): | 08/18/2020 (f) |
| For the Period Ending: | 09/30/2022 | | | §341(a) Meeting Date: | 09/16/2020 |
| | | | | Claims Bar Date: | 10/27/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | JP Morgan Chase Checking Account 7265 | $0.00 | $0.00 | | $0.00 | FA |
| 2 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Debtor removed prepayment to World Fuel Services on Amended DE #18, was originally listed with a value of $13,000. | | | | | |
| 3 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Debtor removed prepayment to OE Durant, Inc. on Amended DE #18, was originally listed with a value of $4,947.94. | | | | | |
| 4 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Debtor removed prepayment to Vandeventer Black LLP on Amended DE #18, was originally listed with a value of $7,000. | | | | | |
| 5 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Debtor removed prepayment to Inmarsat on Amended DE #18, was originally listed with a value of $10,200.96. | | | | | |
| 6 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Debtor removed prepayment to Inmarsat on Amended DE #18, was originally listed with a value of $468.23. | | | | | |
| 7 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Debtor removed prepayment to Kibble & Prentice on Amended DE #18, was originally listed with a value of $76,545. | | | | | |
| 8 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Debtor removed prepayment to KPI 09/02/2016 on Amended DE #18, was originally listed with a value of $200,000.. | | | | | |
| 9 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Debtor removed prepayment to Meridian Global Consulting, LLC on Amended DE #18, was originally listed with a value of $20,000. | | | | | |
| 10 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Debtor removed prepayment to Meridian Global Consulting, LLC on Amended DE #18, was originally listed with a value of $5,000 | | | | | |
| 11 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Debtor removed prepayment to Meridian Global Consulting, LLC on Amended DE #18, was originally listed with a value of $5,000. | | | | | |
| 12 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Debtor removed prepayment to Meridian Global Consulting LLC on Amended DE #18, was originally listed with a value of $30,000. | | | | | |
| 13 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Debtor removed prepayment to Portserve International Ltd. on Amended DE #18, was originally listed with a value of $388,354.61. | | | | | |
| 14 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Debtor removed prepayment to Portserve International Ltd. on Amended DE #18, was originally listed with a value of $500,000. | | | | | |
| 15 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Debtor removed prepayment to Portserve International Ltd. on Amended DE #18, was originally listed with a value of $20,000. | | | | | |
| 16 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Debtor removed prepayment to Portserve International Ltd. on Amended DE #18, was originally listed with a value of $20,000. | | | | | |
| 17 | VOID | $0.00 | $0.00 | | $0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2

| Case No.: | 20-18841 | | | Trustee Name: | Robert A. Angueira |
| --- | --- | --- | --- | --- | --- |
| Case Name: | TERAS BREAKBULK OCEAN NAVIGATION ENTERPRISES, LLC | | | Date Filed (f) or Converted (c): | 08/18/2020 (f) |
| For the Period Ending: | 09/30/2022 | | | §341(a) Meeting Date: | 09/16/2020 |
| | | | | Claims Bar Date: | 10/27/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Asset Notes:** Debtor removed prepayment to Portserve International Ltd. on Amended DE #18, was originally listed with a value of $20,000. | | | | | |
| 18   VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Debtor removed prepayment to Portserve International Ltd. on Amended DE #18, was originally listed with a value of $20,000. | | | | | |
| 19   VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Debtor removed prepayment to Portserve International Ltd. on Amended DE #18, was originally listed with a value of $12,500. | | | | | |
| 20   VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Debtor removed prepayment to Portserve International Ltd. on Amended DE #18, was originally listed with a value of $12,500. | | | | | |
| 21   VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Debtor removed prepayment to Portserve International Ltd. on Amended DE #18, was originally listed with a value of $17,500. | | | | | |
| 22   VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Debtor removed prepayment to Portserv International on Amended DE #18, was originally listed with a value of $17,500. | | | | | |
| 23   VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Debtor removed prepayment to Portserv International on Amended DE #18, was originally listed with a value of $17,500. | | | | | |
| 24   VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Debtor removed prepayment to Portserv International on Amended DE #18, was originally listed with a value of $17,500. | | | | | |
| 25   VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Debtor removed prepayment to Progesco Consignaciones S.L. on Amended DE #18, was originally listed with a value of $6,400. | | | | | |
| 26   VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Debtor removed prepayment to Rhenus Midgard GmbH & Co. on Amended DE #18, was originally listed with a value of $88,627.71. | | | | | |
| 27   VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Debtor removed prepayment to Versant Funding on Amended DE #18, was originally listed with a value of $75,000. | | | | | |
| 28   VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Debtor removed prepayment to Versant Funding on Amended DE #18, was originally listed with a value of $500,000. | | | | | |
| 29   VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Debtor removed prepayment to Versant Funding on Amended DE #18, was originally listed with a value of $200,000. | | | | | |
| 30   VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Debtor removed prepayment to Versant Funding on Amended DE #18, was originally listed with a value of $200,000. | | | | | |
| 31   VOID | $480.76 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Debtor removed prepayment to WSS Pasadena, TX on Amended DE #18, was originally listed with a value of $480.76. | | | | | |
| 32   Accounts receivable 11b. Over 90 days old:face amount 12,317.70 - doubtful or uncollectible accounts 12,317.70 = Unknown | Unknown | $0.00 | | $0.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 20-18841 | Trustee Name: | Robert A. Angueira |
|---|---|---|---|
| Case Name: | TERAS BREAKBULK OCEAN NAVIGATION ENTERPRISES, LLC | Date Filed (f) or Converted (c): | 08/18/2020 (f) |
| For the Period Ending: | 09/30/2022 | §341(a) Meeting Date: | 09/16/2020 |
| | | Claims Bar Date: | 10/27/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 33 | Accounts receivable 11b. Over 90 days old:face amount 0.00 - doubtful or uncollectible accounts 0.00 =0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 34 | Accounts receivable 11b. Over 90 days old:face amount 88,452.00 - doubtful or uncollectible accounts 88,452.00 =0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 35 | Accounts receivable 11b. Over 90 days old:face amount 3,294,193.15 - doubtful or uncollectible accounts 3,294,193.15 =0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 36 | Accounts receivable 11b. Over 90 days old:face amount 1,367,017.58 - doubtful or uncollectible accounts1,367,017.58 =0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 37 | Potential fraudulent transfers to insiders and related entities (u) | $50,000.00 | $50,000.00 | | $0.00 | $50,000.00 |

**Asset Notes:** Per DE#113 & DE#135 in lead case 20-18843 Teras Cargo Transport (America) LLC

**TOTALS (Excluding unknown value)** | | $50,480.76 | $50,000.00 | | $0.00 | **Gross Value of Remaining Assets** $50,000.00 |

**Major Activities affecting case closing:**

| 09/30/2022 | The Trustee sold Debtors' assets to Zak Liquidation, LLC. After the Court granted the sale motion, a motion to reconsider the order approving the sale was filed and hearing for was 9/29/22. Bench Ruling on Motion to Reconsider is now set for 10/18/22. (LT) |
|---|---|
| 06/30/2022 | Trustee reviewing documents received. Trustee reviewed case status. (LT) |
| 03/31/2022 | The Trustee is reviewing documents received. Rule 2004 Examination of Weller has been set for 5/17/22. Trustee reviewed case status. (LT) |
| 12/31/2021 | The Trustee is determining whether any of these assets are collectible or have value. Rule 2004 Examination of Timothy Lord has been set for January 2022. The Trustee has reviewed case status. (LT) |
| 09/30/2021 | The Trustee is determining whether any of these assets are collectible or have value. The Trustee is reviewing the documents received from the prior Trustee (over 40 boxes). In addition, the Trustee is in the process of determining whether to hire special counsel to investigate potential preference actions. (LT) |
| 04/30/2021 | There is a Motion to Consolidate Case(s) 20-18843, 20-18846, 20-18847, 20-22485, 20-22486 into Lead Case 20-18841, hearing is set for 5/10/21. (LT) |
| 12/31/2020 | Trustee has hired counsel to investigate potential preferential transfers. (LT) |

**Initial Projected Date Of Final Report (TFR):** 12/31/2022  **Current Projected Date Of Final Report (TFR):** 12/31/2024

/s/ ROBERT A. ANGUEIRA
ROBERT A. ANGUEIRA